| | |
|---|---|
| 1 | Manatt, Phelps & Phillips, LLP |
| | BRAD W. SEILING (Bar No. CA 143515) |
| 2 | E-mail:  bseiling@manatt.com |
| | KRISTIN E. HAULE (Bar No. CA 312139) |
| 3 | E-mail:  KHaule@manatt.com |
| | 11355 West Olympic Boulevard |
| 4 | Los Angeles, CA  90064-1614 |
| | Telephone:  (310) 312-4000 |
| 5 | Facsimile:  (310) 312-4224 |
| 6 | *Attorneys for Defendant* |
| 7 | LOANME, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **PEDRO HERRERA**, | No.  2:19-cv-8122 |
| Plaintiff, | **DEFENDANT LOANME, INC.'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |
| vs. | |
| **LOANME, INC.**, and **DOES 1-10** inclusive, | [Filed concurrently with: |
| | (1) Civil Case Cover Sheet; |
| Defendants. | (2) Notice to Adverse Party of Removal to Federal Court; |
| | (3) Notice of Interested Parties (LR 7.1-1) |
| | (4) Corporate Disclosure Statement (FRCP 7.1) |
| | (5) Proof of Service] |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant LOANME, INC. ("LoanMe"), by and through its counsel, hereby gives notice that it is removing the state civil action originally filed in the Superior Court of the State of California for the County of Los Angeles, Case No. 19VECV01184, to the United States District Court for the Central District of California. In support of this Notice of Removal, Defendant states as follows:

**I.     Procedural History and Timeliness of Removal**

1.     On August 19, 2019, an action was commenced by the filing of a Complaint alleging violations of the Rosenthal Fair Debt Collection Practices Act and the Telephone Consumer Protection Act in the County of Los Angeles, California, Unlimited Jurisdiction, entitled *Pedro Herrera v. LoanMe, Inc. and Does 1-10 inclusive*, as Case No. 19VECV01184.

2.     LoanMe was personally served with a copy of the Summons and Complaint on August 20, 2019. This notice is therefore timely pursuant to 28 U.S.C. § 1446(b). Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon LoanMe in the State Court Action, including Plaintiff's Summons and Complaint, are annexed to this Notice as **Exhibit A**.

3.     The California Superior Court for the County of Los Angeles is located within the Central District of California, Western Division. 28 U.S.C. § 84(c)(2). This Notice of Removal is therefore properly filed in this Court pursuant to 28 U.S.C. § 1441(a).

**II.    No Joinder Necessary**

4.     Because there are no other named defendants in this action, no consent to removal is necessary.

### III. Allegations of the Complaint

5. This suit arises from a number of debt collection telephone calls to Plaintiff's telephone allegedly placed by Defendant(s) and/or that Plaintiff alleges violated the TCPA and the Rosenthal Fair Debt Collection Practices Act.

6. The Complaint seeks actual damages, statutory damages, costs and reasonable attorney's fees.

7. LoanMe disputes Plaintiff's allegations, believes the Complaint lacks merit, and denies that Plaintiff has been harmed in any way.

### IV. Federal Question Jurisdiction

8. This Court has original jurisdiction over "all civil actions arising under the Constitution, law, or treaties of the United States." 28 U.S.C. § 1331.

9. <u>Federal Claim</u>. The second cause of action in the Complaint alleges a violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. This Court has federal question jurisdiction over that claim.

10. <u>Supplemental Jurisdiction Over State Claims</u>. Because Plaintiff set forth a claim arising under federal law, this Court may choose to adjudicate any state-law claims that are transactionally related to the federal claim. 28 U.S.C. § 1367(a). The Complaint alleges a cause of action under California law that arises from the same facts and transactions at issue in the TCPA claim. Furthermore, principles of economy and convenience are served if this Court exercises jurisdiction over the state-law claims. Plaintiff "would ordinarily be expected to try them all in one judicial proceeding." *United Mine Workers v. Gibbs*, 383 U.S. 715, 726 (1966). This Court has and should exercise supplemental jurisdiction over Plaintiff's state-law claim.

### V. Conclusion

11. As all procedural and substantive requirements related to the removal of this action have been performed or otherwise satisfied, as reflected below, LoanMe now timely removes this action to this Court.

12. LoanMe reserves all rights to assert any defense or affirmative matter, including, without limitation, motions to dismiss pursuant to Fed.R.Civ.P. 12, as well as to amend or supplement this Notice of Removal.

Dated: September 19, 2019         MANATT, PHELPS & PHILLIPS, LLP

By:/s/ Kristin E. Haule
Brad W. Seiling
Kristin E. Haule
Attorneys for Defendant
LOANME, INC.

325241498.1