Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PEDRO HERRERA,

    Plaintiff,

vs.

LOANME, INC., and DOES 1-10 inclusive,

    Defendants.

Case No.

2:19-cv-08122 JAK

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants by and through their undersigned counsels, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice. Each party shall bear their own costs and attorney fees.

Respectfully submitted March 27, 2020

By: s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

By: s/ Courtney C. Wenrick  Esq.
Courtney C. Wenrick
Severson&Werson
Attorneys for Defendants

Stipulation to Dismiss- 1

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: March 27, 2020

**LAW OFFICES OF TODD M. FRIEDMAN , P.C.**

By: _s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on March 27, 2020 with:

United States District Court CM/ECF system

Notification sent electronically on March 27, 2020 to:

To the Honorable Court, all parties and their Counsel of Record

                <u>s/ Todd M. Friedman, Esq</u>
                Todd M. Friedman