```
                                              FILED
                                     CLERK, U.S. DISTRICT COURT

                                         3/27/2020

                                   CENTRAL DISTRICT OF CALIFORNIA
                                   BY: ____CW____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO HERRERA, | ) Case No. |
| Plaintiff, | ) |
| vs. | ) 2:19-cv-08122 JAK |
| LOANME, INC., and DOES 1-10 inclusive, | ) **ORDER** |
| Defendants. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

Dated:  March 27, 2020        _____

John A. Kronstadt
United States District Judge